(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
May 19 2025
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA**　§
　§ CASE NUMBER: EP:25-M -02482(1) **RFC**
vs.　§
　§
**(1) CARMIN BANOS-SORIANO**　§

　　　　Defendant.

## JUDGMENT IN A CRIMINAL CASE
Short Form

　　The defendant, Carmin Banos-Soriano, was represented by counsel, Sara E. Priddy.

　　The defendant pled guilty to the complaint on May 19, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Securtiy Regulation | 05/14/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 05/14/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 05/14/2025 |

　　As pronounced on May 19, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) One Business Day**. The defendant shall remain in custody pending service of sentence.

　　The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

　　Signed on this the 19th day of May, 2025.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE